FILED

03/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0037

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0037

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

DALE STEVEN MARTELL,

> Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including April 28, 2021, within which to prepare, serve, and file its response brief.

**MPD**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 29 2021